# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DAVID BARBER**

**vs.**                                         **NO. 4:06CV00284 GTE**

**BAYER PHARMACEUTICALCORPORATION**
**and the BAYER CORPORATION SEVERANCE**

### ORDER OF DISMISSAL

The parties have informed the Court that all matters in this case have been fully compromised and settled by the Plaintiff and the Defendant.

IT IS THEREFORE, BY THE COURT, CONSIDERED, ORDERED AND ADJUDGED that this case be, and it is hereby, dismissed with prejudice.

SO ORDERED this 6th day of July, 2006.

_/s/ Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE